**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| A & H MANAGEMENT SERVICES, INC., ) | CASE NUMBER 1: 07 CV 1321 |
| ) | JUDGE DONALD C. NUGENT |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | MEMORANDUM OPINION |
| CHAFFLOSE CORPORATION, ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on the Motion of Intervening Plaintiff Taft Stettinius & Hollister ("Taft") for Summary Judgment. (ECF #129). Taft moves for summary judgment on its claim for payment for the legal services Taft rendered to Defendant Chafflose Corporation ("Chafflose") prior to Taft's February 4, 2008 withdrawal as Chafflose's counsel, in the amount of $285,902.87. Further, Taft requests that this Court issue an Order declaring that a valid attorney lien for $285,902.87 exists upon the settlement proceeds of $800,000 that Chafflose will receive from Plaintiff A&H Management Services, Inc. ("A&H") and directing A&H, when it makes that settlement payment, to deduct $285,902.87 from that payment, and pay said amount directly to Taft in satisfaction of Taft's attorney lien and the judgment requested therein,

There has been no opposition or response filed in response to Taft's Motion for summary judgment. Accordingly, the Court finds that Taft's motion is well supported and that Taft is entitled to summary judgment on its claim for payment for the legal services it tendered to Defendant Chafflose prior to February 4, 2008 in the amount of $285,902.87.

Moreover, the Court finds that Taft has a valid attorney lien for $285,902.87 upon the settlement proceeds of $800,000 that Chafflose will receive from A&H and is entitled to

judgment on that lien. Accordingly, A&H is ordered to deduct $285,902.87 from the settlement payment and pay said amount directly to Taft in satisfaction of Taft's attorney lien and the judgment thereon. IT IS SO ORDERED.

                                                                                                        */S//Donald C. Nugent*
                                                                                                        DONALD C. NUGENT
                                                                                                        UNITED STATES DISTRICT JUDGE

DATED: January 3, 2012